UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Austin Lakes, Inc.,**

    **Plaintiff,**

v.                                    Case No. 2:14-cv-322

**PNC Bank, National Association,**          Judge Michael H. Watson
**Trustee of the Leila K. George Trust**

    **Defendant.**

## ORDER

On September 10, 2014, United States Magistrate Judge Abel issued a Report and Recommendation ("R&R") denying Plaintiff's motion to remand in this action to quiet title. ECF No. 27.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). *Id.* at 15. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED** and Plaintiff's motion to remand, ECF No 13, is **DENIED**.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**